## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**ANNIE J. CHAPMAN**                                                                                    **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 1:23-CV-112-SA-DAS**

**RAYMOND W. WREN AND**
**MORGAN STEEL, LLC**                                                                   **DEFENDANT**

## **ORDER**

This matter is before the court on the motion of plaintiff's counsel to withdraw, based on a conflict between plaintiff and the attorney. The defendant has agreed to a stay of all proceedings to allow the plaintiff to obtain new counsel. The motion is not ripe to be heard as to the withdrawal by counsel, but the 60-day stay should be immediately effective so as to continue presently pending conferences and case management deadlines.

**IT IS ORDERED** as follows:

1. The defendants shall designate experts on August 8, 2024.

2. All discovery shall be completed by September 3, 2024.

3. All motions, including *Daubert* motions, shall be filed not later than September 17, 2024.

4. The settlement conference set for June 12, 2024 is cancelled and shall be reset later, if requested by the parties.

5. The motion to allow counsel to withdraw is otherwise taken under advisement.

**SO ORDERED** this the 3rd day of June, 2024.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**