IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANNIE J. CHAPMAN                                                                                          PLAINTIFF

v.                                                                                        CAUSE NO: 1:23-CV-112-SA-DAS

RAYMOND W. WREN and
MORGAN STEEL, LLC                                                                                        DEFENDANTS

ORDER DISMISSING CASE

This lawsuit stems from a motor vehicle accident. On August 28, 2023, Annie J. Chapman, through counsel, filed her Complaint [1] asserting negligence claims against the Defendants.

On June 27, 2024, the Court entered an Order [40] granting Chapman's counsel's request to withdraw. The Court also provided specific instructions to Chapman:

> The plaintiff shall, not later than July 29, 2024, either have a new attorney appear on her behalf in this matter or she shall advise the clerk of the court, in writing, that she intends to proceed *pro se*. Plaintiff is warned that the failure to timely comply with the orders of this court and/or the failure to timely prosecute this action may result in the imposition of sanctions up to and including dismissal of this action.

[40] at p. 1.

Chapman did not comply with this directive. On August 6, 2024, the Court entered a Show Cause Order [41] directing Chapman to show cause as to why her case should not be dismissed for failure to comply with a Court order. The Court gave Chapman until August 23, 2024 to comply.

On August 19, 2024, Chapman filed a one-sentence letter requesting that the Court provide her 30 additional days "to obtain an attorney due to work schedule issues." [44] at p. 1. On August 21, 2024, the Court entered an Order [45] granting Chapman until September 23, 2024 "to notify the court of her intention to proceed pro se or for substitute counsel to make an appearance on her

behalf." [45] at p. 1. The Court specifically advised Chapman that the failure to comply "will result in dismissal of her claims against the defendants, as previously warned." *Id*.

Chapman's September 23, 2024 deadline has now passed, and she has not advised the Court of her intention to proceed pro se nor has new counsel made an appearance on her behalf. Therefore, as previously warned, Chapman's claims are hereby DISMISSED *without prejudice* for failure to comply with the Court's directives. This CASE is CLOSED.

SO ORDERED this the 30th day of September, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE